UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED** |
| Plaintiff, | ) | OCT - 3 2008 |
| v. | ) | Clerk, U.S. District and Bankruptcy Courts |
| JAIME MEDINA, *et al.* | ) | CRIMINAL NO. 06-232 (RCL) |
| Defendants. | ) | |

## ORDER

Since defendants are now in custody, it is hereby ORDERED that the Court's 8/1/2006 order is VACATED and the case be unsealed.

_____           10/3/08
Chief Judge Royce C. Lamberth                  Date