**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>v.                                             )<br>                                                  )<br>JUAN CARLOS MEDINA CORONADO )<br>                                                  )<br>LUIS CARLOS ROPERO DIAZ        )<br>                                                  )<br>JORGE EMIGDIO VASQUEZ MOLINA )<br>                                                  )<br>UBERNEL PEREZ QUINTERO         )<br>                                                  )<br>LUIS ALBERTO PEREZ QUINTERO  )<br>                                                  )<br>LUIS HORACIO RESTREPO MARTINEZ )<br>                                                  )<br>        Defendants.                          ) | CRIMINAL NO. 06-232 (RCL)<br><br>**FILED**<br>MAR 1 1 2009<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

Upon consideration of the defendants' unopposed motion [38] to transfer defendants to the Correctional Treatment Facility, 1901 E Street SE, Washington DC 20003, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the District of Columbia Jail transfer:

Juan Carlos Medina Coronado (DCDC 321214)

Luis Carlos Ropero Diaz (DCDC 321347)

Luis Horacio Restrepo Martinez (DCDC 321827)

Jorge Emigdio Vasquez Molina (DCDC 321218)

Ubernel Perez Quintero (DCDC 320541)

Luis Alberto Perez Quintero (DCDC 320540)

1

to the Community Treatment Facility.

SO ORDERED.

_Royce C. Lamberth_                                    _3/11/09_
Chief Judge Royce C. Lamberth                          Date